GREENBERG TRAURIG, LLP
Valerie W. Ho (SBN 200505)
HoV@gtlaw.com
Elizabeth Valentina (SBN 309572)
ValentinaE@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone:  310-586-7700
Facsimile:  310-586-7800

Attorneys for Defendant
SHEIN FASHION GROUP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALFRÉ, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> SHEIN FASHION GROUP, INC., a California Corporation; and DOES 1 through 10, <br><br> Defendants. | CASE NO.:  2:18-cv-06659-AB-JPR <br><br> Hon. André Birotte Jr. <br><br> **SHEIN FASHION GROUP, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** <br><br> Action Filed:        August 2, 2018 |

ANSWER

LA 134056406v1

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant Shein Fashion Group, Inc. ("Shein") hereby responds to the Complaint filed by Plaintiff Valfre LLC ("Plaintiff") on August 2, 2018 ("Complaint") as follows:

Shein denies each and every allegation contained in the Complaint that is not expressly admitted below. Any factual allegation admitted below is admitted only as to the specific admitted facts, not as to any purported conclusions, characterizations, implications or speculations that arguably follow from the admitted facts. Shein denies that Plaintiff is entitled to the relief requested or any other relief.

## JURISDICTION AND VENUE

1. Shein admits that Plaintiff purports to bring an action under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*. Except as expressly admitted, Shein denies any remaining allegations in paragraph 1 of the Complaint.

2. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 2 of the Complaint and on that basis denies those allegations.

3. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 3 of the Complaint and on that basis denies those allegations.

## PARTIES

4. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 4 of the Complaint and on that basis denies those allegations.

5. Shein admits that it is a California corporation with a principal place of business located at 345 North Baldwin Park Blvd., City of Industry, CA 91746. Except as expressly admitted, Shein denies any remaining allegations in paragraph 5 of the Complaint.

6. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 6 of the Complaint and on that basis

denies those allegations.

7. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 7 of the Complaint and on that basis denies those allegations.

8. Shein denies the allegations in paragraph 8 of the Complaint.

### CLAIMS RELATED TO VALFRE'S PURPORTED DESIGNS

9. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 9 of the Complaint and on that basis denies those allegations.

10. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 10 of the Complaint and on that basis denies those allegations.

11. Shein lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in paragraph 11 of the Complaint and on that basis denies those allegations.

12. Shein denies the allegations in paragraph 12 of the Complaint.

13. Shein denies the allegations in paragraph 13 of the Complaint.

### FIRST CLAIM FOR RELIEF

14. Shein repeats and incorporates by reference its responses set forth in paragraphs 1-13 above as though fully set forth herein.

15. Shein denies the allegations in paragraph 15 of the Complaint.

16. Shein denies the allegations in paragraph 16 of the Complaint.

17. Shein denies the allegations in paragraph 17 of the Complaint.

18. Shein denies the allegations in paragraph 18 of the Complaint.

19. Shein denies the allegations in paragraph 19 of the Complaint.

20. Shein denies the allegations in paragraph 20 of the Complaint.

### SECOND CLAIM FOR RELIEF

21. Shein repeats and incorporates by reference its responses set forth in

paragraphs 1-20 above as though fully set forth herein.

22. Shein denies the allegations in paragraph 22 of the Complaint.

23. Shein denies the allegations in paragraph 23 of the Complaint.

24. Shein denies the allegations in paragraph 24 of the Complaint.

25. Shein denies the allegations in paragraph 25 of the Complaint.

## THIRD CLAIM FOR RELIEF

26. Shein repeats and incorporates by reference its responses set forth in paragraphs 1-25 above as though fully set forth herein.

27. Shein denies the allegations in paragraph 27 of the Complaint.

28. Shein denies the allegations in paragraph 28 of the Complaint.

29. Shein denies the allegations in paragraph 29 of the Complaint.

30. Shein denies the allegations in paragraph 30 of the Complaint.

31. Shein denies the allegations in paragraph 31 of the Complaint.

32. Shein denies the allegations in paragraph 32 of the Complaint.

## PRAYER FOR RELIEF

The remainder of the Complaint comprises the prayer for relief to which no response is required. To the extent any response is required, Shein denies that Plaintiff is entitled to injunctive relief, compensatory damages, statutory damages, or any damages whatsoever. Shein further denies that Plaintiff is entitled attorneys' fees and costs. Shein denies that Plaintiff is entitled to any relief whatsoever.

Judgment should be entered in Shein's favor and against Plaintiff. In addition, Shein should be awarded its reasonable attorneys' fees and costs pursuant to 17 U.S.C. §505.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

1. Plaintiff's Complaint, and each claim for relief alleged, fails to state facts sufficient to constitute a claim for relief against Shein.

## SECOND AFFIRMATIVE DEFENSE

### (Waiver)

2. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

### (Acquiescence)

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of acquiescence.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Timely Register)

5. Plaintiff's claims to statutory damages and/or attorneys' fees under the Copyright Act are barred, in whole or in part, by Plaintiff's failure to timely register its purported works.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

6. Plaintiff's claims are barred, in whole or in part, because it failed to mitigate alleged damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

7. Plaintiff lacks standing to assert the claims in this case and the Court, therefore, lacks subject matter jurisdiction.

## EIGHTH AFFIRMATIVE DEFENSE

### (Wrongful Act of Third Parties)

8. To the extent there is any copyright infringement as alleged by Plaintiff, the infringement was perpetrated solely by third parties.

Dated: October 12, 2018         GREENBERG TRAURIG, LLP


By: */s/ Valerie W. Ho*
    Valerie W. Ho
    Elizabeth Valentina
    Attorneys for Defendant
    SHEIN FASHION GROUP, INC.


## DEMAND FOR JURY TRIAL

Shein hereby demands a jury trial on all issues triable to a jury.

Dated: October 12, 2018         GREENBERG TRAURIG, LLP


By: */s/ Valerie W. Ho*
    Valerie W. Ho
    Elizabeth Valentina
    Attorneys for Defendant
    SHEIN FASHION GROUP, INC.

LA 134056406v1