Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALFRÉ, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC, a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-06659-AB-JPR<br>*Hon. André Birotte, Jr. Presiding*<br><br>**CORRECTED STIPULATION FOR DISMISSAL** |

- 1 -

CORRECTED STIPULATION FOR DISMISSAL

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that the parties to this action hereby STIPULATE that this action be dismissed with prejudice in its entirety with each party bearing its own costs and attorneys' fees as incurred in this action. This stipulation is made pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and per that statute does not require an order.

SO STIPULATED.

| | |
|---|---|
| Date: November 21, 2018 | By: /s/ *Scott Alan Burroughs* <br> Scott Alan Burroughs, Esq. <br> Trevor W. Barrett, Esq. <br> DONIGER / BURROUGHS <br> Attorneys for Plaintiff Valfre, LLC |
| Dated: November 21, 2018 | By: /s/ *Valerie W. Ho* <br> Valerie W. Ho, Esq. <br> Elizabeth Valentina, Esq. <br> GREENBERG TRAURIG, LLP <br> Attorneys for Shein Fashion Group, Inc. |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.